UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br><br>CHRISTOPHER SHAWN NEELY,<br>    Defendant. | )<br>)<br>)<br>) Case No. 1:18-CR-290- SCJ-RGV<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This matter having come before the Court on counsel Saraliene Durrett's motion, and good cause appearing, counsel's motion to substitute as lead counsel and attorney of record in place of previous counsel, E. Jay Abt and David Michael Schnipper, is **GRANTED.**

**IT IS HEREBY ORDERED** that counsel E. Jay Abt and David Michael Schnipper are terminated as counsel in this case.

**IT IS FURTHER ORDERED** that Saraliene Durrett shall be listed as counsel of record in this case.

**SO ORDERED** this 13th day of November 2018.

                                                               s/Steve C. Jones
                                               The Honorable Steve C. Jones
                                               United States District Court Judge